UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| YVETTE DIGAN, LORDEVER DIGAN and GRACE DIGAN, | C.A. NO. 4:26-cv-40099-MRG |
| Plaintiffs, | |
| v. | |
| MGP INGREDIENTS, INC., MASSACHUSETTS FINE WINES & SPIRITS, LLC d/b/a TOTAL WINE & MORE, RYAN ADDECHE, TREVOR BOWEN, JULIAN TAGUE, JAMES GIKAS, ANDREW MITCHELL, THEO SAWYERS, RICHARD HUGHES, PHILIP CLAY, CHRISTINE ZIEV, WORCESTER POLYTECHNIC INSTITUTE, THE FRATERNITY OF PHI GAMMA DELTA, INC., PI IOTA CHAPTER OF PHI GAMMA DELTA, INCORPORATED, ZETA PSI FRATERNITY, INC., PI TAU ELDERS, INC., LUXCO, INC., HENRY PHARRIS and JOHN DOES 1-30. , | |
| Defendants. | |

## DEFENDANT JULIAN TAGUE'S ANSWER TO PLAINTIFF'S COMPLAINT

### FIRST DEFENSE

The plaintiff's complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

The defendant, Julian Tague, hereby responds to the allegations set forth in the plaintiff's complaint, paragraph by paragraph, as follows:

### PARTIES

1. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

2. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

3. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

4. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

5. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

6. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

7. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

8. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

9. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

10. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

11. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

12. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

13. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

14. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

15. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

16. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

17. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

105146325.v1

18. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

19. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

20. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

21. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

22. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

## FACTS

23. The defendant adopts by reference its responses to paragraphs one through twenty-two above as if fully set forth herein.

24. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

25. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

26. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

27. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

28. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

29. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

30. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

31. The defendant states that this paragraph calls for a legal conclusion to which no response is required. To the extent that a response is required, the defendant denies the allegations in the paragraph and calls upon the plaintiff to prove the same.

32. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

3

33. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

34. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

35. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

36. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

37. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

38. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

39. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

40. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

41. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

42. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

43. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

44. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

45. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

46. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

47. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

48. This paragraph appears to be partially directed to a different party in this matter.  As to the allegations directed to a different party, no response is required by the defendant. To the extent that any of the allegations contained in this paragraph pertain to or bear on the

4

ultimate liability of the defendant, they are denied. As to the allegations directed to the defendant, they are denied. The defendant further states that this paragraph calls for a legal conclusion to which no response is required. To the extent that a response is required, the defendant denies the allegations in the paragraph and calls upon the plaintiff to prove the same.

49. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

50. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

51. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

52. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

53. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

54. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

55. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

56. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

57. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

58. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

59. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

60. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

61. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

62. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

105146325.v1

63. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

64. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

65. The defendant states that this paragraph calls for a legal conclusion to which no response is required. To the extent that a response is required, the defendant denies the allegations in the paragraph and calls upon the plaintiff to prove the same.

66. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

67. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

68. The defendant states that this paragraph calls for a legal conclusion to which no response is required. To the extent that a response is required, the defendant denies the allegations in the paragraph and calls upon the plaintiff to prove the same.

69. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

70. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

71. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

72. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

73. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

74. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

75. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

## COUNT ONE
*Negligence*
*Yvette Digan v. MGPI*

76. The defendant adopts by reference its responses to paragraphs one through seventy-five above as if fully set forth herein.

6

105146325.v1

77. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

78. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

79. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

80. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

COUNT TWO
*Breach of Warranty of Merchantability*
*Yvette Digan v. MGPI*

81. The defendant adopts by reference its responses to paragraphs one through eighty above as if fully set forth herein.

82. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

83. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

84. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

85. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

COUNT THREE

105146325.v1

*Breach of Warranty of Fitness for a Particular Purpose*
*Yvette Digan v. MGPI*

86. The defendant adopts by reference its responses to paragraphs one through eighty-five above as if fully set forth herein.

87. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

88. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

89. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

90. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

91. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

<u>COUNT FOUR</u>
*Violation of M.G.L. c. 93A*
*Yvette Digan v. MGPI*

92. The defendant adopts by reference its responses to paragraphs one through ninety-one above as if fully set forth herein.

93. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

94. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

105146325.v1

95. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

96. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

97. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

98. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

99. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

100. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

101. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

102. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

103. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

*COUNT FIVE*
*Agency and Alter Ego Liability*
*Yvette Digan v. MGPI*

105146325.v1

104. The defendant adopts by reference its responses to paragraphs one through one hundred three above as if fully set forth herein.

105. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

106. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

107. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

108. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

109. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

110. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

111. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

<u>COUNT SIX</u>
*Negligence*
*Yvette Digan v. Total Wine & More*

112. The defendant adopts by reference its responses to paragraphs one through one hundred eleven above as if fully set forth herein.

113. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations

10

105146325.v1

contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

114. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

115. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

### COUNT SEVEN
*Breach of Warranty of Merchantability*
*Yvette Digan v. Total Wine & More*

116. The defendant adopts by reference its responses to paragraphs one through one hundred fifteen above as if fully set forth herein.

117. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

118. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

119. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

120. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

### COUNT EIGHT
*Breach of Warranty of Fitness for a Particular Purpose*
*Yvette Digan v. Total Wine & More*

121. The defendant adopts by reference its responses to paragraphs one through one hundred twenty above as if fully set forth herein.

105146325.v1

122. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

123. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

124. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

125. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

126. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

*COUNT NINE*
*Negligence*
*Yvette Digan v. Ryan Addeche*

127. The defendant adopts by reference its responses to paragraphs one through one hundred twenty-six above as if fully set forth herein.

128. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

129. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

130. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

105146325.v1

131. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

## COUNT TEN
### *Negligence*
### *Yvette Digan v. Trevor Bowen*

132. The defendant adopts by reference its responses to paragraphs one through one hundred thirty-one above as if fully set forth herein.

133. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

134. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

135. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

136. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

## COUNT ELEVEN
### *Negligence*
### *Yvette Digan v. Julian Tague*

137. The defendant adopts by reference its responses to paragraphs one through one hundred thirty-six above as if fully set forth herein.

138. The defendant states that this paragraph calls for a legal conclusion to which no response is required.  To the extent that a response is required, the defendant denies the allegations contained in this paragraph and calls upon the plaintiff to prove same.

139. The defendant states that this paragraph calls for a legal conclusion to which no response is required.  To the extent that a response is required, the defendant denies the allegations contained in this paragraph and calls upon the plaintiff to prove same.

105146325.v1

14

140. The defendant states that this paragraph calls for a legal conclusion to which no response is required.  To the extent that a response is required, the defendant denies the allegations contained in this paragraph and calls upon the plaintiff to prove same.

105146325.v1

*COUNT TWELVE*
*Negligence*
*Yvette Digan v. James Gikas*

141. The defendant adopts by reference its responses to paragraphs one through one hundred forty above as if fully set forth herein.

142. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

143. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

144. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

145. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

*COUNT THIRTEEN*
*Negligence*
*Yvette Digan v. Andrew Mitchell*

146. The defendant adopts by reference its responses to paragraphs one through one hundred forty-five above as if fully set forth herein.

147. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

148. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

149. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

105146325.v1

150. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

### COUNT FOURTEEN
*Negligence*
*Yvette Digan v. Julian Tague*

151. The defendant adopts by reference its responses to paragraphs one through one hundred fifty above as if fully set forth herein.

152. This paragraph appears to be directed to a different party in this matter.  To the extent that the allegations contained herein pertain to a different party, no response is required by the defendant.  To the extent that any of the allegations contained in these paragraphs pertain to or bear on the ultimate liability of the defendant, they are denied.

153. This paragraph appears to be directed to a different party in this matter.  To the extent that the allegations contained herein pertain to a different party, no response is required by the defendant.  To the extent that any of the allegations contained in these paragraphs pertain to or bear on the ultimate liability of the defendant, they are denied.

154. This paragraph appears to be directed to a different party in this matter.  To the extent that the allegations contained herein pertain to a different party, no response is required by the defendant.  To the extent that any of the allegations contained in these paragraphs pertain to or bear on the ultimate liability of the defendant, they are denied.

155. This paragraph appears to be directed to a different party in this matter.  To the extent that the allegations contained herein pertain to a different party, no response is required by the defendant.  To the extent that any of the allegations contained in these paragraphs pertain to or bear on the ultimate liability of the defendant, they are denied.

### COUNT FIFTEEN
*Negligence*
*Yvette Digan v. Richard Hughes*

156. The defendant adopts by reference its responses to paragraphs one through one hundred fifty-four above as if fully set forth herein.

157. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

158. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

16

159. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

160. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

<u>*COUNT SIXTEEN*</u>
*Negligence*
*Yvette Digan v. Phillip Clay*

161. The defendant adopts by reference its responses to paragraphs one through one hundred fifty-nine above as if fully set forth herein.

162. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

163. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

164. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

<u>*COUNT SEVENTEEN*</u>
*Negligence*
*Yvette Digan v. Christine Ziev*

165. The defendant adopts by reference its responses to paragraphs one through one hundred sixty-three above as if fully set forth herein.

166. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

167. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

105146325.v1

168. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

## COUNT EIGHTEEN
### *Negligence*
*Yvette Digan v. Phi Gamma Delta and Pi Iota*

169. The defendant adopts by reference its responses to paragraphs one through one hundred sixty-seven above as if fully set forth herein.

170. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

171. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

172. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

173. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

## COUNT NINETEEN
### *Premises Liability*
*Yvette Digan v. Pi Iota and Phi Gamma Delta*

174. The defendant adopts by reference its responses to paragraphs one through one hundred seventy-two above as if fully set forth herein.

175. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

176. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

18

105146325.v1

177. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

178. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

## COUNT TWENTY
*Negligent Supervision*
*Yvette Digan v. Phi Gamma Delta and Pi Iota*

179. The defendant adopts by reference its responses to paragraphs one through one hundred seventy-seven above as if fully set forth herein.

180. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

181. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

182. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

## COUNT TWENTY-ONE
*Agency and Alter Ego*
*Yvette Digan v. Phi Gamma Delta and Pi Iota*

183. The defendant adopts by reference its responses to paragraphs one through one hundred eighty-one above as if fully set forth herein.

184. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

185. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

105146325.v1

186. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

187. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

188. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

189. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

190. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

### COUNT TWENTY-TWO
*Loss of Consortium*
*Lordever Digan and Grace Digan v. MGPI, Total Wine, Addeche, Bowen, Tague, Gikas, Mitchell, Sawyers, Hughes, Clay, Ziev, Phi Gamma Delta, and Pi Iota*

191. The defendant adopts by reference its responses to paragraphs one through one hundred eighty-nine above as if fully set forth herein.

192. The relevant statutes are written documents and, therefore, speak for themselves.  To the extent a further response is required, the defendant denies the allegations contained in this paragraph and calls upon the plaintiff to prove the same.

193. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

194. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

195. The defendant states that this paragraph calls for a legal conclusion to which no response is required.  To the extent that a response is required, the defendant denies the allegations contained in this paragraph and calls upon the plaintiff to prove same.

20

105146325.v1

196. This paragraph of the complaint appears to be partially directed to a different party in this matter. As to the allegations directed to a different party, no response is required by the defendant. To the extent that any of those allegations contained in this paragraph pertains to or bears on the ultimate liability of the defendant, they are denied. As to the allegations directed to the defendant, they are denied.

197. This paragraph of the complaint appears to be partially directed to a different party in this matter. As to the allegations directed to a different party, no response is required by the defendant. To the extent that any of those allegations contained in this paragraph pertains to or bears on the ultimate liability of the defendant, they are denied. As to the allegations directed to the defendant, they are denied.

198. This paragraph of the complaint appears to be partially directed to a different party in this matter. As to the allegations directed to a different party, no response is required by the defendant. To the extent that any of those allegations contained in this paragraph pertains to or bears on the ultimate liability of the defendant, they are denied. As to the allegations directed to the defendant, they are denied.

### COUNT TWENTY-THREE
*Loss of Consortium*
*Lordever Digan and Grace Digan v. WPI, Pi Tau Elders, Inc., Zeta Psi Fraternity, Inc., Luxco, Inc., and Henry Pharris*

199. The defendant adopts by reference its responses to paragraphs one through one hundred ninety-seven above as if fully set forth herein.

200. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

201. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

202. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

203. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

204. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required. To the extent any of the allegations

105146325.v1

contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

205. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

206. This paragraph of the complaint sets forth allegations that are not directed towards this defendant and to which no response is required.  To the extent any of the allegations contained in this paragraph pertain to or bear on the ultimate liability of the defendant, they are denied.

## THIRD DEFENSE

By way of affirmative defense, the defendant states that if the plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct the defendant was not and is not legally responsible.

## FOURTH DEFENSE

By way of affirmative defense, the defendant states that the negligence of the plaintiff was greater than the alleged negligence of the defendant and that such negligence of the plaintiff contributed to her alleged injury and, therefore, the plaintiff is barred from recovery.

## FIFTH DEFENSE

By way of affirmative defense, the defendant states that the plaintiff is guilty of contributory negligence and that the damages, if any, recovered by the plaintiff from the defendant should be reduced in proportion to the said negligence of the plaintiff in accordance with M.G. L. c. 231, §85.

## SIXTH DEFENSE

By way of affirmative defense, the defendant states that the plaintiff cannot recover for the reason that she failed to give notice of the damages allegedly suffered by her to the defendant as required by the statutes of the Commonwealth of Massachusetts.

## SEVENTH DEFENSE

By way of affirmative defense, the defendant says that at the time of the alleged accident, the plaintiff was guilty of a violation of law which contributed to the alleged accident.

## EIGHTH DEFENSE

By way of affirmative defense, the defendant states complaint misnames the defendant.

22

105146325.v1

## NINETH DFENSE

By way of affirmative defense, the defendant states that the action is barred by the applicable statute of limitations.

## TENTH DEFENSE

By way of affirmative defense, the defendant states that the plaintiff released the defendant or its agents from any liability and the plaintiff is therefore barred from recovery.

## ELEVENTH DEFENSE

By way of affirmative defense, the defendant states that the plaintiff's suit is subject to dismissal because of insufficiency of service of process.

## TWELFTH DEFENSE

By way of affirmative defense, the defendant says that the plaintiff is not entitled to recover because of her failure to mitigate damages.

WHEREFORE, the defendant, Julian Tague, demands that the complaint be dismissed and judgment entered in favor of the defendant with the costs and disbursements of this action.

## JURY DEMAND

The defendant demands a trial by jury as to all issues properly triable by jury.

Respectfully submitted,
The Defendant,
JULIAN TAGUE,

By His Attorneys,

/s/ *Lawrence F. Boyle*

Lawrence F. Boyle, BBO #052680
lboyle@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:    617-439-7500
Fax:       617-342-4903

23

105146325.v1

24

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to

the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies

will be sent to those indicated as non-registered participants on May 13, 2026

 /s/ *Lawrence F. Boyle*

105146325.v1